IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DERRICK L COCKROFT,

    Plaintiff,

v.                                         CASE NO. 4:08-cv-00488-MP-WCS

WALTER A MCNEIL, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 14, Report and Recommendation of the Magistrate Judge, recommending that Plaintiff's Amended Complaint, Doc. 11, be dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The time for filing objections has passed, and none have been filed. The Court agrees that Plaintiff's claim for money damages resulting from defects in a prison disciplinary hearing which resulted in the loss of goodtime credits is not cognizable under § 1983 until the finding at the hearing is overturned in some manner.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This case is dismissed with prejudice, and the Clerk of Court is directed to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE AND ORDERED** this  *13th*   day of May, 2009

                                      *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge